under the Workmen's Compensation Law, v. EMPIRE FIREPROOF DOOR COMPANY, Employer, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THEODORE CLOWAR, Respondent, for Compensation under the Workmen's Compensation Law, v. L. B. HARRISON CONSTRUCTION COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed on the ground that claimant has not lost the use of one-half the vision of the right eye. (*Frings* v. *Pierce-Arrow Motor Car Co.*, 182 App. Div. 445; *Smith* v. *F. & B. Construction Co.*, 185 id. 51.) Matter remitted to the Commission for its further consideration. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation made by MINNIE SCHENKLER, Respondent, v. BOROUGH HALL WINDOW CLEANING COMPANY, Employer, and MANUFACTURERS' LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation of ANGELO CESARO, Claimant, Respondent, v. THE BOSSERT CORPORATION, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of F. JAVIER SALAS, as Consul General for Spain, Appellant, in Behalf of the Absent Claimants for Compensation under the Workmen's Compensation Law for the Death of JUAN FERNANDEZ VASQUEZ, Deceased, v. LACKAWANNA STEEL COMPANY, Employer, and STATE INSURANCE FUND, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FRANK J. WELDON, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by SUSAN BARTZ, Widow, Respondent, on Account of the Death of HERMAN E. BARTZ, Deceased, v. TOWNSHIP OF LOCKPORT, Employer, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the authority of *Matter of Bowne* v. *Bowne Co.* (221 N. Y. 28) and *Ten Broeck* v. *Town of Saugerties* (181 App. Div. 910). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NORA JACKSON, Dependent Mother, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES JACKSON, v. McCLINTIC-MARSHALL COMPANY, Employer, and THE LIBERTY MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of COSTANTINO LICURSI, Appellant, for Compensation to Himself

under the Workmen's Compensation Law, v. BALMFORTH BROTHERS, Employers, and LONDON GUARANTEE and ACCIDENT INSURANCE COMPANY, Insurance Carrier, Respondents.— Decision unanimously affirmed.